IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDAPS CONSORTIUM, a business entity under Ukrainian law,<br><br>    Plaintiff,<br><br>  v.<br><br>SERGIY G KIYANICHENKO, AKA SERGIY G. KYANYCHENKO, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-01931 WHA<br><br>**ORDER DENYING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES** |

Defendants' ex parte application to continue the case management conference and all initial disclosures is **DENIED**. Counsel are reminded that FRCP 26 disclosures do not require production of materials disclosed.

**IT IS SO ORDERED.**

Dated: July 21, 2005.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE