David H. Dicker, Esq. (SBN 180182)
DICKER & DICKER, Attorneys at Law
16530 Ventura Boulevard, Suite 609
Encino, California 91436
Tel: (818) 788-3381
Fax: (818) 971-3747

Attorney for Defendant, Sergiy G. Kiyanichenko

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDAPS CONSORTIUM, a business entity under Ukrainian law,<br><br>          Plaintiff,<br><br>v.<br><br>SERGIY G. KIYANICHENKO, AKA SERGIY G. KYANYCHENKO, an individual, and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO: C05-01931WHA<br><br>[PROPOSED] ORDER TO ALLOW DEFENDANT SERGIY KIYANICHENKO TO FILE FIRST AMENDED ANSWER TO COMPLAINT |

Having reviewed the Stipulation among the Parties, and Good Cause appearing:

IT IS HEREBY ORDERED that defendant SERGIY G. KIYANICHENKO, AKA SERGIY G. KYANYCHENKO is granted leave of court to file his First Amended Answer to Complaint.

Dated: September 2, 2005

_____
WILLIAM ALSUP
United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

1

[PROPOSED] ORDER TO ALLOW DEFENDANT SERGIY KIYANICHENKO TO FILE
FIRST AMENDED ANSWER TO COMPLAINT